UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE CITIGOUP, INC. SHAREHOLDER
DERIVATIVE LITIGATION                            Lead Case No. 1:11-cv-2693-TPG (JCF)

_____

THIS DOCUMENT RELATES TO:
        ALL ACTIONS
_____

### NOTICE OF APPEAL

Notice is hereby given that Michael G. Brautigam, an individual (the plaintiff) in the above-named case, and in the consolidated case 11-cv-2822, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action and the consolidated case 11-cv-2822, entered on September 25, 2014.

Dated: October 7, 2014                          **EMERSON POYNTER LLP**

                                                  /s/  Will T. Crowder
                                                William T. Crowder
                                                The Rozelle-Murphy House
                                                1301 Scott Street
                                                Little Rock, Arkansas 72202
                                                Tel: (501) 907-2555
                                                Fax: (501) 907-2556
                                                wcrowder@emersonpoynter.com

                                                John G. Emerson
                                                **EMERSON POYNTER LLP**
                                                830 Apollo Lane
                                                Houston, Texas 77058
                                                Tel: (281) 488-8854
                                                Fax: (281) 488-8867
                                                jemerson@emersonpoynter.com

                                                Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE CITIGOUP, INC. SHAREHOLDER
DERIVATIVE LITIGATION                          Lead Case No. 1:11-cv-2693-TPG (JCF)

_____

THIS DOCUMENT RELATES TO:
        ALL ACTIONS

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2014, this document filed through the ECF system will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those as non-registered.

<u>/s/ Will T. Crowder</u>